UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMESH PERERA,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID W. JENNINGS, et al.,<br><br>        Defendants. | Case No. 21-cv-04136-BLF<br><br>**ORDER DIRECTING DEFENDANTS TO RESPOND, SETTING HEARING DATE, DIRECTING PLAINTIFF TO SERVE DEFENDANTS WITH NOTICE OF ORDER AND FILE PROOF OF SERVICE** |

On June 1, 2021, Plaintiff filed a Motion for a Temporary Restraining Order. ECF 4. The Court DIRECTS Defendants to file a response **no later than June 7, 2021**. The response SHALL be no longer than twenty-five pages. Plaintiff SHALL NOT file a reply brief. The Court SETS a motion hearing for **June 10, 2021 at 9am** via Zoom.

The Court DIRECTS Plaintiff to serve Defendants with notice of this Order via email **no later than June 2, 2021 at 10am**. Plaintiff SHALL file proof of service with the Court.

**IT IS SO ORDERED.**

Dated: June 1, 2021

_____
BETH LABSON FREEMAN
United States District Judge