United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IMESH PERERA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID W. JENNINGS, et al.,<br><br>　　　　Defendants. | Case No. 21-cv-04136-BLF<br><br>**ORDER SETTING CMC FOR JUNE 2, 2021 AT 4PM** |

The Court ORDERS the Parties to appear via Zoom for a case management conference at 4pm today, June 2, 2021. The Zoom link will be posted on the docket. Plaintiff SHALL serve this Order on Defendants via email.

**IT IS SO ORDERED.**

Dated: June 2, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge