# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IMESH PERERA,<br><br>            Plaintiff,<br><br>    v.<br><br>DAVID W. JENNINGS, et al.,<br><br>            Defendants. | Case No. 21-cv-04136-BLF<br><br>**ORDER PERMITTING PLAINTIFF TO FILE REPLY BRIEF ON JURISDICTION AND VENUE** |

Plaintiff MAY file a two-page reply brief on the issues of jurisdiction and venue **no later than June 9, 2021 at 12pm**.

**IT IS SO ORDERED.**

Dated: June 8, 2021

_____
BETH LABSON FREEMAN
United States District Judge