JUDAH LAKIN (#307740)
judah@lakinwille.com
AMALIA WILLE (#293342)
amalia@lakinwille.com
LAKIN & WILLE LLP
1939 Harrison Street, Suite 420
Oakland, CA 94612
Telephone: (510) 379-9216
Fax: (510) 379-9219

JINGNI (JENNY) ZHAO (#284684)
jennyz@advancingjustice-alc.org
ASIAN AMERICANS ADVANCING
JUSTICE – ASIAN LAW CAUCUS
55 Columbus Avenue
San Francisco, California 94111
Telephone: (415) 848-7710
Fax: (415) 896-1702

Counsel for Petitioner-Plaintiff
IMESH PERERA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IMESH PERERA,<br><br>　　　　Petitioner-Plaintiff,<br><br>　v.<br><br>MOISES BECERRA, Field Office Director, San Francisco Field Office, United States Immigration and Customs Enforcement; TAE D. JOHNSON, Acting Director, United States Immigration and Customs Enforcement; ALEJANDRO MAYORKAS, Secretary, United States Department of Homeland Security; and MERRICK GARLAND, United States Attorney General,<br><br>　　　　Respondents-Defendants. | Case No. 21-cv-04136-BLF<br><br>**STIPULATION OF DISMISSAL OF MOTION FOR ATTORNEYS' FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT AND [PROPOSED] ORDER** |

Pursuant to Civil Local Rule 7-12, the undersigned Parties stipulate as follows:

WHEREAS, on October 21, 2022, Petitioner filed a Motion for Attorneys' Fees Pursuant to the Equal Access to Justice Act ("EAJA") (Dkt. No. 65).

WHEREAS, on January 23, 2023, Respondents filed their opposition to the EAJA motion (Dkt. No. 78).

WHEREAS, on February 6, 2023, the Parties filed a Stipulation and Proposed Order Regarding Settlement and Dismissal of EAJA Motion, which the Court approved, in which Respondents agreed to pay Petitioner $43,870.40 in satisfaction of his claim for EAJA fees and costs, and Petitioner agreed to file a Stipulation of Dismissal of the EAJA Motion in consideration of the payment of the settlement amount (Dkt. Nos. 81, 82).

WHEREAS, on February 27, 2023, Petitioner received the full settlement amount.

NOW, WHEREFORE, pursuant to the Parties' agreement, the Parties jointly stipulate to the dismissal of Petitioner's EAJA motion in this matter with prejudice, including all the claims that were asserted against Respondents in the EAJA Motion.

Dated: March 3, 2023                    Respectfully submitted,


                                        */s/ Jingni (Jenny) Zhao\**
                                        Jingni (Jenny) Zhao
                                        ASIAN AMERICANS ADVANCING
                                        JUSTICE – ASIAN LAW CAUCUS

                                        */s/ Judah Lakin*
                                        Judah Lakin

                                        */s/ Amalia Wille*
                                        Amalia Wille
                                        LAKIN & WILLE LLP

                                        *Attorneys for Petitioner-Plaintiff*

                                        Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General

|   |   |
|---|---|
|   | WILLIAM C. PEACHEY<br>Director |
|   | JESSICA W. D'ARRIGO<br>Senior Litigation Counsel |
| Dated: March 3, 2023 | */s/ Courtney E. Moran*<br>COURTNEY E. MORAN (CABN 288394)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br><br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC  20044<br><br>*Attorneys for Respondents-Defendants* |

\* In compliance with Civil Local Rule 5-1(i)(3), as the filer of this document, I attest that concurrence in the filing was obtained from the other signatories.

Dated: March 3, 2023         */s/ Jingni (Jenny) Zhao*
                              Jingni (Jenny) Zhao

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Petitioner's EAJA motion in this matter is dismissed with prejudice.

Dated: March 6, 2023

_____
THE HONORABLE BETH LABSON FREEMAN
United States District Judge